RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067) Lead Attorney
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Christian W. Conkle (CA SBN 306374)
Email: cconkle@raklaw.com
James N. Pickens (CA SBN 307474)
Email: jpickens@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Defendant*
*REALTIME DATA LLC d/b/a IXO*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., | Case No. 3:17-cv-3182 EMC |
| Plaintiff, | **JOINT STIPULATION TO STAY ACTION AND [PROPOSED] ORDER** |
| vs. | |
| REALTIME DATA LLC d/b/a IXO, | |
| Defendant. | |

Plaintiff Riverbed Technology, Inc. ("Riverbed") and Defendant Realtime Data, LLC d/b/a IXO ("Realtime"), by and through their attorneys, hereby stipulate to stay this action. This stipulation is based on the following facts:

1. On April 3, 2017, Realtime filed a Complaint in the Eastern District of Texas, Tyler Division, Case No. 6:17-cv-198, ("the Texas Action") alleging infringement of U.S. Patent Nos. 8,719,438 (the "'438 Patent") and 8,717,204 (the "'204 Patent").

2. On June 2, 2017, Riverbed filed its Complaint in this action seeking declaratory relief of non-infringement of the '438 and '204 Patents ("the California Action").

3. On July 14, 2017, Riverbed filed a motion to dismiss Realtime's Complaint in the Eastern District of Texas action for improper venue or in the alternative, to transfer. In the motion, Riverbed asserts that venue in the Eastern District of Texas is improper under 28 U.S.C. § 1400(b) pursuant to the Supreme Court's decision in *TC Heartland*, among other things. Briefing on this motion is due to be complete on August 24, 2017.

4. On August 4, 2017, Realtime filed a motion to dismiss Riverbed's complaint in this action under the first-to-file rule in light of Realtime's earlier complaint in the Eastern District of Texas. Realtime also seeks to dismiss the Riverbed's complaint for lack of personal jurisdiction.

5. The parties agree that a stay of this action pending resolution of Riverbed's motion to dismiss or transfer in the Texas Action is acceptable and would conserve judicial resources.

Accordingly, the parties hereby STIPULATE AND JOINTLY REQUEST THAT THE COURT ORDER as follows:

1. This action is stayed pending resolution of Riverbed's motion to dismiss Realtime's Complaint filed in the Eastern District of Texas, Case No. 6:17-cv-198, Docket 27.

2. This stipulation does not prejudice either party's future right to seek any appropriate relief either in the California Action or the Texas Action.

3. Realtime can renew its motion to dismiss Riverbed's complaint in this action within 14 days of a final ruling on Riverbed's motion to dismiss.

1

**JOINT STIPULATION TO STAY ACTION AND [PROPOSED] ORDER**

3.  The parties will provide the Court with a status report every 90 days until a final ruling on Riverbed's motion is issued. Upon a final ruling on Riverbed's motion in the Texas Action, the parties will provide the Court a status report within 10 days.

Respectfully submitted,

Dated: August 22, 2017

RUSS, AUGUST & KABAT

By: */s/ Paul A. Kroeger*
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Christian W. Conkle (CA SBN 306374)
Email: cconkle@raklaw.com
James N. Pickens (CA SBN 307474)
Email: jpickens@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

Attorneys for Defendant
REALTIME DATA, LLC

*/s/ Matthew P. Chiarizio*
John Russell Emerson
(TX Bar No. 24002053) *Pro hac vice*
russ.emerson@haynesboone.com
Stephanie N. Sivinski
(TX Bar No. 24075080) *Pro hac vice*
stephanie.sivinski@haynesboone.com
Matthew P. Chiarizio
(TX Bar No. 24087294) *Pro hac vice*
matthew.chiarizio@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5000

| | Fax: (214) 200-0615 |
| --- | --- |
| | Jennifer M. Lantz |
| | (CA Bar No. 202252) |
| | jennifer.lantz@haynesboone.com |
| | Nicholas V. Martini |
| | (CA Bar No. 237687) |
| | nick.martini@haynesboone.com |
| | HAYNES AND BOONE, LLP |
| | 525 University Avenue, Suite 400 |
| | Palo Alto, California 94301 |
| | Phone: (650) 687-8800 |
| | Fax: (650) 687-8801 |

Attorneys for Plaintiff
RIVERBED TECHNOLOGY, INC.

**IT IS SO ORDERED.** The CMC is reset from 9/7/17 to 11/30/17 at 9:30 a.m. A joint CMC statement shall be filed by 11/22/17.

Dated: 8/22/17

_____
Honorable Edward M. Chen
United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*